UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PRADYUMNA KUMAR SAMAL,<br><br>            Petitioner,<br><br>    v.<br><br>ISRAEL JACQUEZ, *et al.*,<br><br>            Respondent. | CASE NO. 2:23-cv-00092-TSZ-JRC<br><br>ORDER FOR SERVICE AND RETURN, § 2241 PETITION |

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241.  This Court, having reviewed the petition, hereby ORDERS as follows:

(1)     The Clerk shall arrange for service upon Israel Jacquez, Warden of the Federal Detention Center-SeaTac, C. Peters, Director, Bureau of Prisons, upon the United States Attorney General in Washington, D.C., and upon the civil process clerk at the Office of the United States Attorney for the Western District of Washington copies of the petition (Dkts. 4, 5), of all documents in support thereof, and of this Order by registered or certified mail, return receipt requested.

(2) **Within thirty (30) days after such service**, respondent(s) shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, respondent(s) shall submit a memorandum of authorities in support of their position, and should state whether an evidentiary hearing is necessary. Respondent(s) shall file the return with the Clerk of the Court and shall serve a copy upon petitioner.

(3) The return will be treated in accordance with LCR 7. Accordingly, on the face of the return, respondent(s) shall note it for consideration on the fourth Friday after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response not later than the Monday immediately preceding the Friday appointed for consideration of the matter, and respondent(s) may file and serve a reply brief not later than the Friday designated for consideration of the matter.

(4) The Clerk shall send copies of this Order to petitioner and to the Honorable Thomas S. Zilly.

Dated this 29th day of March, 2023.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR SERVICE AND RETURN, § 2241
PETITION - 2