UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PRADYUMNA KUMUR SAMAL,

           Petitioner,

   v.

ISRAEL JACQUEZ, *et al.*,

           Respondents.

CASE NO. 2:23-cv-00092-JNW-GJL

ORDER DIRECTING RESPONSE

    The District Court has referred this action to United States Magistrate Judge Grady J. Leupold. On January 17, 2023, Petitioner Pradyumna Kumar Samal, proceeding *pro se*, filed his federal habeas Petition pursuant to 28 U.S.C. § 2241, challenging a 2019 federal sentence. *See* Dkts. 1, 4, 5. Specifically, Petitioner requested the Court direct the Bureau of Prisons ("BOP") to apply Earned Time Credits under the First Step Act of 2018 ("FSA") to his sentence.

    On March 29, 2023, the Court directed service of the Petition. Dkt. 6. Respondents filed a Response to the Petition on April 18, 2023. Dkt. 11. In the Response, Respondents maintain that the Petition is now moot because the BOP has afforded Petitioner the relief he sought by his

Petition. *See id*. In support, Respondents attach Petitioner's BOP Sentence Computation Data sheet, which indicates that 365 days of FSA credits have been applied to Petitioner's sentence, with a new projected release date of November 1, 2023. Dkt. 11-1 at 2. In addition, the sheet indicates that Petitioner is eligible for home detention on May 1, 2023. *Id*.

In response to the Response, Petitioner has filed a Motion to Amend Petition. Dkt. 13. In the Motion, Petitioner does not dispute the calculation of the 365 days of FSA credits; rather, Petitioner claims that, based on the BOP's calculations in the Sentence Computation Data sheet, he is eligible for transfer to home detention on May 1, 2023. *Id*. at 6. He asks that he be permitted to amend his Petition in order to seek this relief. *Id*.

The Court has reviewed the record in this case and finds it appropriate to direct a response to the Motion to Amend. Therefore, it is hereby **ORDERED** that Respondents shall file a response to the Motion to Amend Petition (Dkt. 13) on or before **June 21, 2023**. Petitioner may file a reply within 7 days of the date the response is filed. The Clerk is directed to re-note the Response to the Petition (Dkt. 11) and the Motion to Amend Petition (Dkt. 13) for consideration on **June 28, 2023**.

Dated this 31st day of May, 2023.

Grady J. Leupold
United States Magistrate Judge