UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRADYUMNA KUMAR SAMAL,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ISRAEL JACQUEZ,<br><br>　　　　Respondent. | CASE NO. 2:23-cv-92<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　　　On September 13, 2023, the Honorable Grady J. Leupold, U.S. Magistrate Judge for the Western District of Washington, issued a Report and Recommendation (R&R), recommending that the Court dismiss Petitioner Pradyumna Kumar Samal's case without prejudice as moot. Dkt. No. 21. Samal did not object to the R&R and the time for objecting has passed.

　　　　Based on its review of the R&R and the remaining record, the Court finds and ORDERS as follows:

　　　　(1) The Court adopts the R&R and enters the Proposed Judgment. Dkt. No. 21-2.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(2) Petitioner's federal habeas petition is DISMISSED without prejudice as moot.

(3) The Clerk is directed to send copies of this Order to Petitioner and Judge Leupold.

Dated this 16th day of November, 2023.

Jamal N. Whitehead
United States District Judge